UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:26-CV-11873

KENYA HUDSON,

Plaintiff,

v.

MELINDA E. TROY, NICOLLE M. ALLEN, AND
FARIYDA MULRAIN AS MEMBERS OF THE
MASSACHUSETTS CONTRIBUTORY
RETIREMENT APPEAL BOARD,

Defendants.

**DEFENDANTS' MOTION TO EXTEND TIME
TO FILE A RESPONSE TO THE COMPLAINT AND
A RESPONSE TO THE MOTION FOR PRELIMINARY INJUNCTION**

Now come Defendants, members of the Contributory Retirement Appeal Board ("CRAB"), in the above-captioned matter and request this Honorable Court to extend the time to serve and file a response to the complaint (Dkt. No. 1), and a response to the motion for preliminary injunction (Dkt. No. 2), from May 27, 2026, to June 12, 2026.

CRAB is in the process of adjudicating an appeal concerning Plaintiff's application for disability retirement benefits. In the complaint, Plaintiff alleges that the appeal was perfected in August 2022, and that because CRAB has not yet issued a decision, Plaintiff's due process rights have been violated. Plaintiff brings a single claim under 42 U.S.C. § 1983, seeking an injunction that would require CRAB to expedite the appeal and issue a decision within 30 days. Plaintiff seeks the same relief in the motion for preliminary injunction.

On May 12, 2026, this Court ordered Defendants to file a response to the complaint and the motion for preliminary injunction by May 27, 2026. Dkt. No. 8. On May 13, 2026,

however, counsel for Defendants (Assistant Attorney General David Marks), left the country for a long-planned trip. He will return on June 5, 2026.

Given that Plaintiff is seeking not to maintain the status quo, but to alter it, and given that Plaintiff is seeking an order from this Court to an independent, adjudicatory, state administrative Board to issue an adjudicatory decision in a certain time frame, and given the out-of-country travel of Defendant's counsel, Defendants respectfully request an extension of the deadline from May 27 to June 12, 2026. At that time, if the case has not been voluntarily dismissed as moot,[1] Defendants would move to dismiss and oppose the motion for preliminary injunction.

Undersigned counsel conferred with Plaintiff's counsel in good faith to resolve or narrow the issue. Plaintiff's counsel responded that Plaintiff has indicated she has waited for an unfairly long time for CRAB to act. So, given the circumstances, she cannot agree to an extension, even one or two weeks.

---

[1] CRAB expects, but cannot guarantee, that a decision on Plaintiff's appeal will issue in June 2026.

Respectfully submitted,

MELINDA E. TROY, NICOLE M. ALLEN, AND
FARIYDA MULRAIN AS MEMBERS OF THE
MASSACHUSETTS CONTRIBUTORY
RETIREMENT APPEAL BOARD

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Andrew Batchelor
_____
Andrew Batchelor (BBO No. 673248)
Deputy Regional Chief / AAG
Western Massachusetts Division
1441 Main Street, Suite 1200
Springfield, MA 01103
Tel. No. 413-523-7708
Fax No. 413-523-7765
andrew.batchelor@mass.gov

May 18, 2026

## CERTIFICATE OF SERVICE

I hereby certify that the above was filed through the Electronic Case Filing (ECF) system on May 18, 2026, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by email or by first-class mail, postage prepaid, to those indicated on the NEF as non-registered participants:

Richard D. Glovsky, Esq.
Troutman Pepper Locke, LLP
111 Huntington Ave.
Boston, MA 02199
richard.glovsky@troutman.com

/s/ Andrew Batchelor
_____
Andrew Batchelor

3